THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT TUCKER, ADC #87440**                                                      **PLAINTIFF**

**v.**                      **Case No. 4:20-cv-00909-KGB**

**WENDY KELLEY, SECRETARY OF THE ARKANSAS
DEPARTMENT OF CORRECTIONS,** *et al.*                         **DEFENDANTS**

## ORDER

      Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on August 19, 2020 (Dkt. No. 4). Judge Kearney recommends that plaintiff Robert Tucker's motion to voluntarily dismiss this case be granted. No objections have been filed to the Proposed Findings and Recommendations, and the deadline for filing objections has since passed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Accordingly, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 4). The Court grants Mr. Tucker's motion to voluntarily dismiss this case (Dkt. No. 3) and dismisses, without prejudice, Mr. Tucker's claims.

      It is so ordered this 28th day of January, 2021.

                                                                   Kristine G. Baker
                                                                   United States District Judge