THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT TUCKER, ADC #87440**                                                   **PLAINTIFF**

v.                            Case No. 4:20-cv-00909-KGB

**WENDY KELLEY, SECRETARY OF THE ARKANSAS**
**DEPARTMENT OF CORRECTIONS,** *et al.*                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Robert Tucker's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 28th day of January, 2021.

_____
Kristine G. Baker
United States District Judge